UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

In re:

SHELLEY JEFFERIES SANDERS,

           Debtor.

)
)
)
)
)
) Case No. _____
)
)
)
)
) Chapter 7
)
)
)

## DECLARATION REGARDING EMPLOYEE INCOME

I, Shelley Jefferies Sanders, the Debtor in the above-captioned case, hereby declares and affirms that I am employed as a Problem Solver with Amazon. True and correct copies of my latest pay stubs are attached hereto as Exhibit "A."

I declare under penalty of perjury that the foregoing is a true and correct statement.

                                                      */s/ Shelley Jefferies Sanders*
                                                      Shelley Jefferies Sanders

Respectfully submitted this the 17th day of January 2024.

                                                      /s/ Kendra A. Johnson
                                                      Kendra A. Johnson (JOH245)
                                                      Attorney for Debtor
                                                      LEGAL SERVICES ALABAMA, INC.
                                                      1820 Seventh Avenue North, Suite 200
                                                      Birmingham, AL 35203
                                                      kjohnson@alsp.org/205-397-6548

# Exhibit A

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| AAK | 257300 | 129900 | 2075 | 0000514247 | 1 |

Page 1(Con't Next Page)

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement 

Period Beginning: 11/12/2023
Period Ending: 11/18/2023
Pay Date: 11/24/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table, Non-resident alien

**SHELLEY J SANDERS**
**88 TRAFLAGAR SQUARE**
**BIRMINGHAM AL 35215**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.9000 | 38.00 | 756.20 | 28,628.51 |
| Nonwrkpaidtme | 19.9000 | .25 | 4.98 | 4.98 |
| Overtime | | | | 2,589.25 |
| Gift Imputed | | | | 55.00 |
| Holiday O/T | | | | 273.67 |
| Holiday Pay | | | | 724.00 |
| Imputed Income | | | | 1.78 |
| O/T Premium | | | | 17.15 |
| Personal Time | | | | 868.80 |
| Premium $2.0 | | | | 73.90 |
| Premium $3.0 | | | | 53.79 |
| Premium $5.0 | | | | 54.05 |
| Premium $7.0 | | | | 94.71 |
| Shrt Term Dis | | | | 2,109.94 |
| Vacation Pay | | | | 1,450.55 |
| **Gross Pay** | | | **$761.18** | 37,000.08 |

| Other | this period | year to date |
|---|---|---|
| Accident Ins | | 0.87 |
| Atp Repayment | | 61.19 |
| Garnishment | | 528.91 |
| Gift Offset | | 55.00 |
| Healthcare Fsa | | 13.46 |
| Imputed | | 1.78 |
| Pre-Tax Dental | | 2.08 |
| Pre-Tax Vision | | 3.69 |
| Reissued Pay | | -211.85 |
| Slifsp | | 0.70 |
| Supp Ad/D | | 0.98 |
| Supp Life Ins | | 1.23 |
| **Net Pay** | **$417.67** | |
| Checking Acct 1 | -417.67 | |
| **Net Check** | **$0.00** | |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -85.86 | 4,423.52 |
| Social Security Tax | -46.65 | 2,266.79 |
| Medicare Tax | -10.91 | 530.14 |
| AL State Income Tax | -30.08 | 1,441.19 |
| Bessemer Income Tax | -7.63 | 370.67 |

| Other | | |
|---|---|---|
| Anytime Pay Tkn | -152.00 | 4,847.34 |
| Pre-Tax Medical | -10.38* | 485.10 |
| Acc-Reimburse | | -76.99 |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $750.80

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 1.75 | 65.45 |
| Tot Work Hours | 38.00 | |
| Vacation Balnce | 7.62 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000514247
Pay date: 11/24/2023

**Deposited to the account of**
**SHELLEY J SANDERS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx1750 | xxxx xxxx | $417.67 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

Case 24-00143-TOM7    Doc 4    Filed 01/17/24    Entered 01/17/24 12:56:04    Desc Main
Document    Page 3 of 16

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| AAK | 257300 | 129900 | 2075 | 0000514247 | 1 |

Page 2

*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

# Earnings Statement 

Period Beginning: 11/12/2023
Period Ending: 11/18/2023
Pay Date: 11/24/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table, Non-resident alien

**SHELLEY J SANDERS**
**88 TRAFLAGAR SQUARE**
**BIRMINGHAM AL 35215**

### Important Notes
BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT HTTPS://ATOZ.AMAZON.WORK AND CLICK RESOURCES.

### Additional Tax Withholding Information
Taxable Marital Status:
   AL:          Single
Exemptions/Allowances:
   AL:          0

© 2000 ADP, Inc.



**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

**NON-NEGOTIABLE**

Case 24-00143-TOM7   Doc 4   Filed 01/17/24   Entered 01/17/24 12:56:04   Desc Main
Document    Page 4 of 16

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| AAK | 257300 | 129900 | 2075 | 0000518985 | 1 |

Page 1(Con't Next Page)

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement

![ADP]

Period Beginning: 11/19/2023
Period Ending: 11/25/2023
Pay Date: 12/01/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table, Non-resident alien

SHELLEY J SANDERS
88 TRAFLAGAR SQUARE
BIRMINGHAM AL 35215

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.9000 | 31.45 | 625.86 | 29,254.37 |
| Overtime | 29.8500 | 9.32 | 278.20 | 2,867.45 |
| Holiday O/T | 29.8500 | 8.55 | 255.22 | 528.89 |
| Holiday Pay | 19.9000 | 8.00 | 159.20 | 883.20 |
| Gift Imputed | | | | 55.00 |
| Imputed Income | | | | 1.78 |
| Nonwrkpaidtme | | | | 4.98 |
| O/T Premium | | | | 17.15 |
| Personal Time | | | | 868.80 |
| Premium $2.0 | | | | 73.90 |
| Premium $3.0 | | | | 53.79 |
| Premium $5.0 | | | | 54.05 |
| Premium $7.0 | | | | 94.71 |
| Shrt Term Dis | | | | 2,109.94 |
| Vacation Pay | | | | 1,450.55 |
| **Gross Pay** | | | **$1,318.48** | 38,318.56 |

| **Other** | this period | year to date |
|---|---|---|
| Accident Ins | | 0.87 |
| Atp Repayment | | 61.19 |
| Garnishment | | 528.91 |
| Gift Offset | | 55.00 |
| Healthcare Fsa | | 13.46 |
| Imputed | | 1.78 |
| Pre-Tax Dental | | 2.08 |
| Pre-Tax Vision | | 3.69 |
| Reissued Pay | | -211.85 |
| Slifsp | | 0.70 |
| Supp Ad/D | | 0.98 |
| Supp Life Ins | | 1.23 |
| **Net Pay** | **$201.79** | |
| Checking Acct 1 | -201.79 | |
| **Net Check** | **$0.00** | |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -197.54 | 4,621.06 |
| | Social Security Tax | -81.22 | 2,348.01 |
| | Medicare Tax | -18.99 | 549.13 |
| | AL State Income Tax | -52.36 | 1,493.55 |
| | Bessemer Income Tax | -13.20 | 383.87 |
| | **Other** | | |
| | Anytime Pay Tkn | -743.00 | 5,590.34 |
| | Pre-Tax Medical | -10.38* | 495.48 |
| | Acc-Reimburse | | -76.99 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,308.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 1.75 | 67.20 |
| Tot Work Hours | 49.32 | |
| Vacation Balnce | 9.47 | |

© 2000 ADP, Inc.

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000518985
Pay date: 12/01/2023

**Deposited to the account of**
SHELLEY J SANDERS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx1750 | xxxx xxxx | $201.79 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| AAK | 257300 | 129900 | 2075 | 0000518985 | 1 |

Page 2

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement 

Period Beginning: 11/19/2023
Period Ending: 11/25/2023
Pay Date: 12/01/2023

**SHELLEY J SANDERS**
**88 TRAFLAGAR SQUARE**
**BIRMINGHAM AL 35215**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table, Non-resident alien

### Important Notes
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT HTTPS://ATOZ.AMAZON.WORK AND CLICK RESOURCES.

### Additional Tax Withholding Information
Taxable Marital Status:
  AL:    Single
Exemptions/Allowances:
  AL:    0

© 2000 ADP, Inc.



CONTINUED FROM PRIOR PAGE
YOUR VOUCHER IS PROVIDED ON PAGE 1

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| AAK | 257300 | 129900 | 2075 | 0000527444 | 1 |

Page 1(Con't Next Page)

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement

ADP

Period Beginning: 11/26/2023
Period Ending: 12/02/2023
Pay Date: 12/08/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table, Non-resident alien

**SHELLEY J SANDERS**
**88 TRAFLAGAR SQUARE**
**BIRMINGHAM AL 35215**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.9000 | 40.00 | 796.00 | 30,050.37 |
| Overtime | 29.8500 | 13.60 | 405.96 | 3,273.41 |
| Gift Imputed | | | | 55.00 |
| Holiday O/T | | | | 528.89 |
| Holiday Pay | | | | 883.20 |
| Imputed Income | | | | 1.78 |
| Nonwrkpaidtme | | | | 4.98 |
| O/T Premium | | | | 17.15 |
| Personal Time | | | | 868.80 |
| Premium $2.0 | | | | 73.90 |
| Premium $3.0 | | | | 53.79 |
| Premium $5.0 | | | | 54.05 |
| Premium $7.0 | | | | 94.71 |
| Shrt Term Dis | | | | 2,109.94 |
| Vacation Pay | | | | 1,450.55 |
| **Gross Pay** | | | **$1,201.96** | 39,520.52 |

| **Other** | | this period | year to date |
|---|---|---|---|
| Accident Ins | | | 0.87 |
| Atp Repayment | | | 61.19 |
| Garnishment | | | 528.91 |
| Gift Offset | | | 55.00 |
| Healthcare Fsa | | | 13.46 |
| Imputed | | | 1.78 |
| Pre-Tax Dental | | | 2.08 |
| Pre-Tax Vision | | | 3.69 |
| Reissued Pay | | | -211.85 |
| Slifsp | | | 0.70 |
| Supp Ad/D | | | 0.98 |
| Supp Life Ins | | | 1.23 |
| **Net Pay** | | **$589.54** | |
| Checking Acct 1 | | -589.54 | |
| **Net Check** | | **$0.00** | |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -171.91 | 4,792.97 |
| | Social Security Tax | -73.98 | 2,421.99 |
| | Medicare Tax | -17.30 | 566.43 |
| | AL State Income Tax | -47.81 | 1,541.36 |
| | Bessemer Income Tax | -12.04 | 395.91 |
| | **Other** | | |
| | Anytime Pay Tkn | -279.00 | 5,869.34 |
| | Pre-Tax Medical | -10.38* | 505.86 |
| | Acc-Reimburse | | -76.99 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,191.58

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 1.75 | 68.95 |
| Tot Work Hours | 53.60 | |
| Vacation Balnce | 11.32 | |

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** 00000527444
**Pay date:** 12/08/2023

**Deposited to the account of**     account number     transit ABA     amount
**SHELLEY J SANDERS**     xxxxxxx1750     xxxx xxxx     $589.54

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| AAK | 257300 | 129900 | 2075 | 0000527444 | 1 |

Page 2

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement 

Period Beginning: 11/26/2023
Period Ending: 12/02/2023
Pay Date: 12/08/2023

**SHELLEY J SANDERS**
**88 TRAFLAGAR SQUARE**
**BIRMINGHAM AL 35215**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table, Non-resident alien

### Important Notes
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT HTTPS://ATOZ.AMAZON.WORK AND CLICK RESOURCES.

### Additional Tax Withholding Information
Taxable Marital Status:
  AL:           Single
Exemptions/Allowances:
  AL:           0

© 2000 ADP, Inc.



CONTINUED FROM PRIOR PAGE
YOUR VOUCHER IS PROVIDED ON PAGE 1

**NON-NEGOTIABLE**

| | | | | | |
|---|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
| AAK | 257300 | 129900 | 2075 | 0000535926 | 1 |

Page 1(Con't Next Page)

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement

**Period Beginning:** 12/03/2023
**Period Ending:** 12/09/2023
**Pay Date:** 12/15/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table, Non-resident alien

**SHELLEY J SANDERS**
**88 TRAFLAGAR SQUARE**
**BIRMINGHAM AL 35215**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.9000 | 40.00 | 796.00 | 30,846.37 |
| Overtime | 29.8500 | 8.87 | 264.77 | 3,538.18 |
| Nonwrkpaidtme | 19.9000 | .25 | 4.98 | 9.96 |
| Gift Imputed | | | | 55.00 |
| Holiday O/T | | | | 528.89 |
| Holiday Pay | | | | 883.20 |
| Imputed Income | | | | 1.78 |
| O/T Premium | | | | 17.15 |
| Personal Time | | | | 868.80 |
| Premium $2.0 | | | | 73.90 |
| Premium $3.0 | | | | 53.79 |
| Premium $5.0 | | | | 54.05 |
| Premium $7.0 | | | | 94.71 |
| Shrt Term Dis | | | | 2,109.94 |
| Vacation Pay | | | | 1,450.55 |
| **Gross Pay** | | | **$1,065.75** | 40,586.27 |

| Other | this period | year to date |
|---|---|---|
| Accident Ins | | 0.87 |
| Atp Repayment | | 61.19 |
| Garnishment | | 528.91 |
| Gift Offset | | 55.00 |
| Healthcare Fsa | | 13.46 |
| Imputed | | 1.78 |
| Pre-Tax Dental | | 2.08 |
| Pre-Tax Vision | | 3.69 |
| Reissued Pay | | -211.85 |
| Slifsp | | 0.70 |
| Supp Ad/D | | 0.98 |
| Supp Life Ins | | 1.23 |
| **Net Pay** | **$512.38** | |
| Checking Acct 1 | -512.38 | |
| **Net Check** | **$0.00** | |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -141.94 | 4,934.91 | |
| Social Security Tax | -65.54 | 2,487.53 | |
| Medicare Tax | -15.33 | 581.76 | |
| AL State Income Tax | -42.50 | 1,583.86 | |
| Bessemer Income Tax | -10.68 | 406.59 | |
| **Other** | | | |
| Anytime Pay Tkn | -267.00 | 6,136.34 | |
| Pre-Tax Medical | -10.38* | 516.24 | |
| Acc-Reimburse | | -76.99 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,055.37

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 1.75 | 70.70 |
| Tot Work Hours | 48.87 | |
| Vacation Balnce | 13.17 | |

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** 00000535926
**Pay date:** 12/15/2023

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **SHELLEY J SANDERS** | xxxxxxx1750 | xxxx xxxx | $512.38 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| AAK | 257300 | 129900 | 2075 | 0000535926 | 1 |

Page 2

*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

# Earnings Statement



Period Beginning: 12/03/2023
Period Ending: 12/09/2023
Pay Date: 12/15/2023

**SHELLEY J SANDERS**
**88 TRAFLAGAR SQUARE**
**BIRMINGHAM AL 35215**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table, Non-resident alien

### Important Notes

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT HTTPS://ATOZ.AMAZON.WORK AND CLICK RESOURCES.

### Additional Tax Withholding Information

Taxable Marital Status:
  AL:                Single
Exemptions/Allowances:
  AL:                0

© 2000 ADP, Inc.



CONTINUED FROM PRIOR PAGE
YOUR VOUCHER IS PROVIDED ON PAGE 1

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| AAK | 257300 | 129900 | 2075 | 0000544370 | 1 |

Page 1(Con't Next Page)

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement

**ADP**

Period Beginning: 12/10/2023
Period Ending: 12/16/2023
Pay Date: 12/22/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table, Non-resident alien

**SHELLEY J SANDERS**
**88 TRAFLAGAR SQUARE**
**BIRMINGHAM AL 35215**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.9000 | 40.00 | 796.00 | 31,642.37 |
| Overtime | 29.8500 | 15.65 | 467.15 | 4,005.33 |
| Gift Imputed | | | | 55.00 |
| Holiday O/T | | | | 528.89 |
| Holiday Pay | | | | 883.20 |
| Imputed Income | | | | 1.78 |
| Nonwrkpaidtme | | | | 9.96 |
| O/T Premium | | | | 17.15 |
| Personal Time | | | | 868.80 |
| Premium $2.0 | | | | 73.90 |
| Premium $3.0 | | | | 53.79 |
| Premium $5.0 | | | | 54.05 |
| Premium $7.0 | | | | 94.71 |
| Shrt Term Dis | | | | 2,109.94 |
| Vacation Pay | | | | 1,450.55 |
| **Gross Pay** | | | **$1,263.15** | 41,849.42 |

| **Other** | this period | year to date |
|---|---|---|
| Accident Ins | | 0.87 |
| Atp Repayment | | 61.19 |
| Garnishment | | 528.91 |
| Gift Offset | | 55.00 |
| Healthcare Fsa | | 13.46 |
| Imputed | | 1.78 |
| Pre-Tax Dental | | 2.08 |
| Pre-Tax Vision | | 3.69 |
| Reissued Pay | | -211.85 |
| Slifsp | | 0.70 |
| Supp Ad/D | | 0.98 |
| Supp Life Ins | | 1.23 |
| **Net Pay** | **$538.58** | |
| Checking Acct 1 | -538.58 | |
| **Net Check** | **$0.00** | |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -185.37 | 5,120.28 |
| | Social Security Tax | -77.78 | 2,565.31 |
| | Medicare Tax | -18.19 | 599.95 |
| | AL State Income Tax | -50.20 | 1,634.06 |
| | Bessemer Income Tax | -12.65 | 419.24 |
| | **Other** | | |
| | Anytime Pay Tkn | -370.00 | 6,506.34 |
| | Pre-Tax Medical | -10.38* | 526.62 |
| | Acc-Reimburse | | -76.99 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,252.77

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Groupterm Life | 1.75 | 72.45 |
| Tot Work Hours | 55.65 | |
| Vacation Balnce | 15.02 | |

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000544370
Pay date: 12/22/2023

*THIS IS NOT A CHECK*

**Deposited to the account of** | account number | transit ABA | amount
**SHELLEY J SANDERS** | xxxxxxx1750 | xxxx xxxx | $538.58

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| AAK | 257300 | 129900 | 2075 | 0000544370 | 1 |

Page 2

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement 

Period Beginning: 12/10/2023
Period Ending: 12/16/2023
Pay Date: 12/22/2023

SHELLEY J SANDERS
88 TRAFLAGAR SQUARE
BIRMINGHAM AL 35215

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table, Non-resident alien

### Important Notes

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT HTTPS://ATOZ.AMAZON.WORK AND CLICK RESOURCES.

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

### Additional Tax Withholding Information

Taxable Marital Status:
  AL: Single
Exemptions/Allowances:
  AL: 0

© 2000 ADP, Inc.



CONTINUED FROM PRIOR PAGE
YOUR VOUCHER IS PROVIDED ON PAGE 1

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| AAK | 257300 | 129900 | 2075 | 0000560230 | 1 |

Page 1(Con't Next Page)

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement

**ADP**

Period Beginning: 12/17/2023
Period Ending: 12/23/2023
Pay Date: 12/29/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table, Non-resident alien

**SHELLEY J SANDERS**
**88 TRAFLAGAR SQUARE**
**BIRMINGHAM AL 35215**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.9000 | 40.00 | 796.00 | 32,438.37 |
| Overtime | 29.8500 | 15.12 | 451.33 | 4,456.66 |
| Gift Imputed | | | | 55.00 |
| Holiday O/T | | | | 528.89 |
| Holiday Pay | | | | 883.20 |
| Imputed Income | | | | 1.78 |
| Nonwrkpaidtme | | | | 9.96 |
| O/T Premium | | | | 17.15 |
| Personal Time | | | | 868.80 |
| Premium $2.0 | | | | 73.90 |
| Premium $3.0 | | | | 53.79 |
| Premium $5.0 | | | | 54.05 |
| Premium $7.0 | | | | 94.71 |
| Shrt Term Dis | | | | 2,109.94 |
| Vacation Pay | | | | 1,450.55 |
| **Gross Pay** | | | **$1,247.33** | 43,096.75 |

| **Other** | this period | year to date |
|---|---|---|
| Accident Ins | | 0.87 |
| Atp Repayment | | 61.19 |
| Garnishment | | 528.91 |
| Gift Offset | | 55.00 |
| Healthcare Fsa | | 13.46 |
| Imputed | | 1.78 |
| Pre-Tax Dental | | 2.08 |
| Pre-Tax Vision | | 3.69 |
| Reissued Pay | | -211.85 |
| Slifsp | | 0.70 |
| Supp Ad/D | | 0.98 |
| Supp Life Ins | | 1.23 |
| **Net Pay** | **$237.58** | |
| Checking Acct 1 | -237.58 | |
| **Net Check** | **$0.00** | |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -181.89 | 5,302.17 |
| | Social Security Tax | -76.80 | 2,642.11 |
| | Medicare Tax | -17.96 | 617.91 |
| | AL State Income Tax | -49.58 | 1,683.64 |
| | Bessemer Income Tax | -12.49 | 431.73 |
| | **Other** | | |
| | Anytime Pay Tkn | -660.65 | 7,166.99 |
| | Pre-Tax Medical | -10.38* | 537.00 |
| | Acc-Reimburse | | -76.99 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,236.95

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Groupterm Life | 1.75 | 74.20 |
| Tot Work Hours | 55.12 | |
| Vacation Balnce | 16.87 | |

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** 00000560230
**Pay date:** 12/29/2023

*THIS IS NOT A CHECK*

| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| **SHELLEY J SANDERS** | xxxxxxx1750 | xxxx xxxx | $237.58 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| AAK | 257300 | 129900 | 2075 | 0000560230 | 1 |

Page 2

*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

# Earnings Statement 

Period Beginning: 12/17/2023
Period Ending: 12/23/2023
Pay Date: 12/29/2023

**SHELLEY J SANDERS**
**88 TRAFLAGAR SQUARE**
**BIRMINGHAM AL 35215**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table, Non-resident alien

### Important Notes
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT HTTPS://ATOZ.AMAZON.WORK AND CLICK RESOURCES.

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

### Additional Tax Withholding Information
Taxable Marital Status:
  AL: Single
Exemptions/Allowances:
  AL: 0

© 2000 ADP, Inc.



CONTINUED FROM PRIOR PAGE
YOUR VOUCHER IS PROVIDED ON PAGE 1

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| AAK | 257300 | 129900 | 2075 | 0000046266 | 1 |

# Earnings Statement



AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 12/24/2023
Period Ending: 12/30/2023
Pay Date: 01/05/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table, Non-resident alien

**SHELLEY J SANDERS**
**88 TRAFLAGAR SQUARE**
**BIRMINGHAM AL 35215**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.9000 | 30.43 | 605.56 | 605.56 |
| Holiday Pay | 19.9000 | 8.00 | 159.20 | 159.20 |
| Vacation Pay | 19.9000 | 10.00 | 199.00 | 199.00 |
| **Gross Pay** | | | **$963.76** | 963.76 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -114.61 | 114.61 |
| | Social Security Tax | -59.22 | 59.22 |
| | Medicare Tax | -13.85 | 13.85 |
| | AL State Income Tax | -38.77 | 38.77 |
| | Bessemer Income Tax | -9.66 | 9.66 |
| **Other** | | | |
| | Garnishment | -181.91 | 181.91 |
| | Pre-Tax Medical | -10.38* | 10.38 |
| **Net Pay** | | **$535.36** | |
| | Checking Acct 1 | -535.36 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 1.75 | 1.75 |
| Tot Work Hours | 30.43 | |
| Vacation Balnce | 8.72 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK AND CLICK RESOURCES.

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

**Additional Tax Withholding Information**
Taxable Marital Status:
 AL: Single
Exemptions/Allowances:
 AL: 0

**\* Excluded from federal taxable wages**
 Your federal taxable wages this period are $953.38

© 2000 ADP, Inc.

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000046266
Pay date: 01/05/2024



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **SHELLEY J SANDERS** | xxxxxxx1750 | xxxx xxxx | $535.36 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| AAK | 257300 | 129900 | 2075 | 0000051723 | 1 |

# Earnings Statement 

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 12/31/2023
Period Ending: 01/06/2024
Pay Date: 01/12/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
　Federal: Standard Withholding Table, Non-resident alien

SHELLEY J SANDERS
88 TRAFLAGAR SQUARE
BIRMINGHAM AL 35215

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.9000 | 40.00 | 796.00 | 1,401.56 |
| Overtime | 29.8500 | .38 | 11.34 | 11.34 |
| Holiday Pay | 19.9000 | 8.00 | 159.20 | 318.40 |
| Vacation Pay | | | | 199.00 |
| **Gross Pay** | | | **$966.54** | 1,930.30 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -112.43 | 227.04 |
| | Social Security Tax | -58.60 | 117.82 |
| | Medicare Tax | -13.70 | 27.55 |
| | AL State Income Tax | -37.82 | 76.59 |
| | Bessemer Income Tax | -9.68 | 19.34 |
| | **Other** | | |
| | Accident Ins | -0.87 | 0.87 |
| | Anytime Pay Tkn | -100.00 | 100.00 |
| | Garnishment | -183.58 | 365.49 |
| | Pre-Tax Dental | -2.08* | 2.08 |
| | Pre-Tax Medical | -17.31* | 27.69 |
| | Pre-Tax Vision | -3.69* | 3.69 |
| | **Net Pay** | **$426.78** | |
| | Checking Acct 1 | -426.78 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 1.75 | 3.50 |
| Personal Balnce | 11.85 | |
| Tot Work Hours | 40.38 | |
| Vacation Balnce | 10.57 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT HTTPS://ATOZ.AMAZON.WORK AND CLICK RESOURCES.

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

**Additional Tax Withholding Information**
Taxable Marital Status:
　AL: Single
Exemptions/Allowances:
　AL: 0

**\* Excluded from federal taxable wages**
　Your federal taxable wages this period are $943.46

© 2000 ADP, Inc.

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000051723
Pay date: 01/12/2024

*This is not a check*

**Deposited to the account of** | account number | transit ABA | amount
SHELLEY J SANDERS | xxxxxxx1750 | xxxx xxxx | $426.78

## NON-NEGOTIABLE